IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS, et al., | Case No.: C-12-03235 JCS |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

For the reasons stated on the record at the hearing, held on June 14, 2013, the Court orders as follows: (1) Plaintiffs shall (a) produce all yet unproduced documents that are responsive to Defendant's February 11, 2013 request for production of documents, including funeral pictures and photographs taken at the mortuary; and (b) file a declaration stating that all documents responsive to Defendant's February 11, 2013 request for production of documents have been produced; (2) Plaintiffs shall file supplemental Rule 26 disclosures that disclose the identity of all witnesses known to them, as well as all known contact information, and a succinct description of their expected testimony; (3) Plaintiffs shall give notices of all subpoenas sent to third parties in the future; (4) Plaintiffs shall disclose (a) the identity of all persons or entities that employed Martin Flenaugh in the 18 months prior to his death; (b) Ms. Mathews' employers since 2003, including her position and dates of employment; and (c) Ms. Mathews' sources of income, and income, during all periods of

1  unemployment since 2003; (5) Ms. Mathews shall sign a waiver to authorize the disclosure of her
2  health care providers' records; (6) Plaintiffs shall not contact the Oakland Police Department staff
3  with respect to this case; and (7) Plaintiffs shall be silent at all depositions and shall not speak to
4  witnesses on the day of their deposition; a violation of this aspect of the order will result in Plaintiffs
5  being barred from attending future depositions.  Plaintiffs shall make all productions, disclosures,
6  and authorizations pursuant to this order by June 21, 2013.  Plaintiffs shall file the declaration
7  required by this order by June 21, 2013.  Plaintiffs' requests are denied.

IT IS SO ORDERED.

Dated: June 14, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE