UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPRING MATHEWS, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 12-cv-03235-JCS

**ORDER STRIKING PLAINTIFF'S MOTIONS IN LIMINE**

Re: Dkt. No. 90

On November 20, 2013, Plaintiffs filed three motions in limine. *See* Dkt. No. 90. The Court strikes these motions because they were not filed in accordance with the Court's Further Case Management and Pretrial Order (Jury) (Dkt. No. 17) ("Pretrial Order"). Specifically, Plaintiffs did not file oppositions together with the motions, nor did they provide a note that no oppositions were received. *See* Pretrial Order ¶ V.A.5 ("the moving party should collate the motion and the opposition together, back-to-back, and then file the paired sets"). Plaintiffs are ordered to refile motions in limine that comply with the Pretrial Order not later than twenty calendar days before the Final Pretrial Conference, which will be held on December 13, 2013. *See id.* ¶¶ IV, V.A.5 (paired sets should be filed "at least twenty (20) calendar days before the conference").

**IT IS SO ORDERED**.

Dated: November 21, 2013

JOSEPH C. SPERO
United States Magistrate Judge