United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 12-cv-03235-JCS<br><br>**AMENDED ORDER STRIKING PLAINTIFFS' MOTIONS IN LIMINE**<br><br>Re: Dkt. Nos. 90, 93 |

Earlier today, the Court issued an order striking Plaintiffs' improperly filed motions in limine. *See* Dkt. No. 93 (striking Dkt. No. 90). Those motions remain stricken for the reasons stated in that order. However, the Court issues this amended order to acknowledge that it mistakenly cited the date of the Final Pretrial Conference as December 13, 2013 when it has been moved to December 9, 2013. *See* Dkt. No. 78. Accordingly, the parties' motions in limine were due on November 19, 2013. *See* Further Case Management and Pretrial Order (Jury) ¶ V.A.5 (paired sets should be filed "at least twenty (20) calendar days before the conference"). Nonetheless, the Court will consider motions in limine if they are properly filed with oppositions no later than tomorrow, November 22, 2013.

**IT IS SO ORDERED**.

Dated: November 21, 2013

JOSEPH C. SPERO
United States Magistrate Judge