UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SPRING MATHEWS, et al.,

        Plaintiffs,

   v.

CITY OF OAKLAND POLICE DEPARTMENT, et al.,

        Defendants.
_____/

No. C 12-03235 JCS (LB)

**ORDER REGARDING SETTLEMENT CONFERENCE**

    The parties have a settlement conference set for December 16, 2013. The settlement statements omit the following information required by the court's order regarding the content of statements. *See* ECF No. 92. The court orders that the information must be provided by 2:00 p.m. on the second business day (December 11, 2013) from the date of this order. Counsel may email the information to the court's orders box at lbpo@cand.uscourts.gov.

    **Plaintiffs** did not provide a statement of the relief sought, including an itemization of damages and any non-monetary relief sought. Plaintiffs also did not provide a list of the names, titles, and positions of the persons attending the settlement conference. Plaintiffs also did not provide (in a confidential statement or otherwise) a statement of the litigation costs and attorney's fees to date and estimated through trial. Plaintiffs are directed to re-read the court's November 21, 2013 order in which the court describes the information required to be included in settlement conference statements. *See* ECF No. 92.

ORDER (C12-03235 JCS (LB))

1  **Plaintiffs** did not make a current demand and state it in the settlement conference statement.
2  Plaintiffs must do so.  According to Defendants' statement, Plaintiffs previously made a demand, but
3  it is not clear when that demand was made and whether it is current, and in any case **Defendants** did
4  not provide their respond to it in their settlement conference statement

5  **Defendants** must respond to Plaintiff's demand by 5:00 p.m. on the second business day
6  (December 11, 2013) after receipt of the demand and must simultaneously notify the court.

7  **IT IS SO ORDERED.**
8  Dated: December 9, 2013

   LAUREL BEELER
9  United States Magistrate Judge