United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 12-cv-03235-JCS<br><br>**ORDER TO MEET AND CONFER**<br>Re: Dkt. No. 122 |

On June 15, 2014, Plaintiffs filed a document styled as a Request for an Order of Writ of Habeas Corpus Ad Testificandum. *See* Dkt. No. 122. The Court is inclined to grant the request and issue a writ of habeas corpus ad testificandum for Jereme Brown. To that end, the parties are ordered to meet and confer regarding the exact date and time that Jereme Brown will be needed as a witness in the trial beginning July 29, 2014. The parties shall file a document indicating the agreed-upon date and time within fourteen days.

**IT IS SO ORDERED.**

Dated: June 27, 2014

JOSEPH C. SPERO
United States Magistrate Judge