United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-03235-JCS<br><br>**GRANTING DEFENDANTS' NOTICE OF INTENT TO BRING EXHBITS 200 AND 201 TO TRIAL**<br><br>Re: Dkt. No. 124 |

IT IS HEREBY ORDERED THAT Defendants' may bring physical Exhibit 200 a .45 caliber PCR Hafdasa semi-automatic pistol, and Exhibit 201 a 9mm rugger P89 semi-automatic pistol on one or two court days during the Defendants' case in chief.

**IT IS SO ORDERED.**

Dated:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　United States Magistrate Judge