UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 12-cv-03235-JCS<br><br>**GRANTING DEFENDANTS' NOTICE OF INTENT TO BRING EXHBITS 200 AND 201 TO TRIAL**<br><br>Re: Dkt. No. 124 |

IT IS HEREBY ORDERED THAT Defendants' may bring physical Exhibit 200 a .45 caliber PCR Hafdasa semi-automatic pistol, and Exhibit 201 a 9mm ruger P89 semi-automatic pistol on one or two court days during the Defendants' case in chief.

IT IS HEREBY FURTHER ORDERED THAT Defendants' shall comply with the following procedures:

  A. Defendants' shall notify the CSOs at the entrance that they are bringing in firearms as evidence and where they are going.

  B. Defendants' shall check in with the US Marshal Service Operations Supervisor on the 20th Floor to have a deputy examine the items and ensure that they are inoperable. If not inoperable the deputy will render them inoperable.

  C. Defendants' shall notify the CSOs (and USM Deputies, if present) in the courtroom of the presence of these firearms.

  D. Defendants' shall maintain control of the firearms at all times and not leave them unattended.

  E. The firearms must be unloaded, and no ammunition may be brought into the

Courthouse without further order of the Court.

F. A copy of this Order shall be presented to the CSOs on the day the firearms will be brought to Court.

**IT IS SO ORDERED.**

Dated: July 9, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge