UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CITY OF OAKLAND POLICE DEPARTMENT,<br><br>        Defendant(s). | Case No.  3:12-cv-03235 JCS<br><br>**ORDER TO FURNISH DAILY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **July 30, 2014**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

IT IS SO ORDERED.

Dated: July 21, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge