United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS, | Case No. 3:12-cv-03235 JCS |
| Plaintiff(s), | |
| v. | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| CITY OF OAKLAND POLICE DEPARTMENT, | |
| Defendant(s). | |

Jereme Brown, inmate #AP7670, a necessary material witness in proceedings in this case with a trial commencement date of July 29, 2014, is confined at the Folsom State Prison, 300 Prison Road, Represa, CA 95671, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the correctional facility to produce the inmate in Court, at the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on July 31, 2014 at 1:00 PM, or if it is more convenient for CDCR, Mr. Brown's appearance may be scheduled earlier in the day on July 31, 2014 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum Issue, under the seal of this Court commanding the Warden of Folsom State Prison, 300 Prison Road, Represa, CA 95671 to produce the inmate to Courtroom G on the 15th Floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on **July 31, 2014 at 1:00 PM**, or if it is more convenient for CDCR, Jereme Brown's appearance may be scheduled earlier in the day on July 31, 2014 at 8:30 a.m.

2.  Upon completion of Jereme Brown's testimony and upon satisfaction of this writ by the Court, Jereme Brown shall be returned to the Folsom State Prison.

**United States District Court**
For the Northern District of California

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE WARDEN OF FOLSOM STATE PRISON, REPRESA, CA,

We COMMAND you produce the inmate named above to Courtroom G, 15th Floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on **July 31, 2014 at 1:00 PM**, or if it is more convenient for CDCR, Jereme Brown's appearance may be scheduled earlier in the day on July 31, 2014 at 8:30 a.m.

Dated: July 23, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

3