UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-03235-JCS<br><br>**COURT'S PROPOSED VERDICT FORM** |

Dated: August 1, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

**VERDICT FORM**

1. Do you find that Plaintiffs proved by a preponderance of evidence that Officer Richard McNeely acted objectively unreasonably in using lethal force?

   ____Yes ____No

If your answer to Question 1 is "Yes," then proceed to and answer Questions 2-5. If your answer to Question 1 is "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.

2. What are Martin Flenaugh, II's estate's damages, if any?

   a. Economic Damages $_____

   b. Noneconomic Damages $_____

   c. Punitive Damages $_____

   Total Damages (a + b + c) $_____

3. What are Martin Flenaugh, Sr.'s damages, if any?

   a. Economic Damages $_____

   b. Noneconomic Damages $_____

   Total Damages (a + b) $_____

4. What are Spring Mathews' damages, if any?

   a. Economic Damages $_____

   b. Noneconomic Damages $_____

   Total Damages (a + b) $_____

5. What are Kamarty Flenaugh's damages, if any?

   a. Economic Damages $_____

   b. Noneconomic Damages $_____

   Total Damages (a + b) $_____

Presiding Juror (sign): _____

Presiding Juror (print): _____

Date: _____