UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRING MATHEWS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  12-cv-03235-JCS<br><br>**FINAL VERDICT FORM** |

Dated: August 4, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

**VERDICT FORM**

1. Do you find that Richard McNeely used excessive force in violation of the Fourth Amendment of the United States Constitution when he shot Martin Flenaugh II?

    ____Yes ____No

If you answered "No" to Question 1, stop here, answer no further questions, and have the presiding juror sign, date, and return this form to Ms. Karen Hom, the Courtroom Deputy.

If you answered "Yes" to Question 1, proceed to Questions 2-4 below.

2. What are Martin Flenaugh, II's estate's damages, if any?

    a. Economic Damages $_____

    b. Noneconomic Damages $_____

    c. Punitive Damages $_____

    Total Damages (a + b + c) $_____

3. What are Spring Mathews' damages, if any?

    a. Economic Damages $_____

    b. Noneconomic Damages $_____

    Total Damages (a + b) $_____

4. What are Kamarty Flenaugh's damages, if any?

a. Economic Damages $_____

b. Noneconomic Damages $_____

Total Damages (a + b) $_____

Please have the presiding juror sign and date this form and return it to Ms. Karen Hom, the Courtroom Deputy.

Presiding Juror (sign): _____

Presiding Juror (print): _____

Date: _____